# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TROY SNEEZE, JR.

NO. 2021 KW 0454

**JULY 30, 2021**

---

In Re:    Troy Sneeze, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 229,852.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

                            **MRT**
                            **CHH**

    **Holdridge, J.,** concurs and would deny the writ application on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT